UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOHN FONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:10-cv-65-SEB-WGH |
| | ) |
| AMERICAN COMMERCIAL LINES, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER ON PLAINTIFF'S
# MOTION TO COMPEL DISCOVERY

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Plaintiff's Motion to Compel Discovery filed October 13, 2010. (Docket No. 43-46). Defendant, American Commercial Lines, Inc. ("ACL"), filed a Response on October 27, 2010. (Docket No. 47). No reply brief has been filed.

The Magistrate Judge, being duly advised, hereby **GRANTS, in part,** and **DENIES, in part,** the Plaintiff's Motion to Compel Discovery.

The motion to compel is **GRANTED,** as follows:

1. With respect to Interrogatories 17 and 18, the defendant shall state whether there have been any complaints of age or gender discrimination filed against the corporate entity during the requisite time period. The defendant shall further answer Interrogatory 18 as to any complaint filed against the corporate entity itself, which involves any senior management position at ACL.

2. With respect to Interrogatory 21, the defendant shall supplement the interrogatory establishing the location(s) of the interview(s); whether the interview(s) was conducted in person, via telephone, or both; and the date(s) of the interview(s).

In all other respects, the motion to compel is **DENIED.**

**SO ORDERED.**

**Dated:** November 19, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

William F. Dugan
SEYFARTH SHAW
wdugan@seyfarth.com

Brianne M. Gruszka
SEYFARTH SHAW LLP
bgruszka@seyfarth.com

Paul A. Kinne
GINGRAS, CATES & LUEBKE, S.C.
kinne@gcllawyers.com

**Mail copy to:**

Elizabeth Hubbard
PAPPAS, HUBBARD, O'CONNOR,
  FILDES, SECARAS, P.C.
900 West Jackson Boulevard
Six West
Chicago, IL 60607